IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

DONALD QUARLES
MICHELLE QUARLES,

            Case No.: 12-28688-PM

    Debtors.                          Chapter 11

DONALD QUARLES
MICHELLE QUARLES,

    Movants,

vs.

BRANCH BANKING AND TRUST COMPANY
Suite 201
150 South Stratford Road
Winston Salem, NC 27104

SERVE:      THE CORPORATION TRUST INCORPORATED
                351 West Camden Street
                Baltimore, Maryland 21201
                Resident Agent

                KELLY S. KING
                Chairman and Chief Executive Officer
                150 South Stratford Road, Suite 201
                Winston Salem, NC 27104

    Respondent.
_____

**MOTION TO AVOID LIEN ON REAL PROPERTY**
**PURSUANT TO 11 U.S.C. SECTION 506**

       Donald and Michelle Quarles, by and through their undersigned attorney files this Motion to Avoid Lien on Real Property Pursuant to 11 U.S.C. Section 506 (the "Motion to Avoid Lien"), and in support thereof states as follows:

1

1.     On October 13, 2012 (the "Petition Date") Donald and Michelle Quarles (collectively the "Debtors") filed the above referenced chapter 11 proceeding.  By the filing, the Debtors sought to protect their real estate holdings particularly from a writ of execution from a judgment creditor and foreclosure proceedings.

2.     This Court has jurisdiction over this motion pursuant to 28 U.S.C. Section 1334, 11 U.S.C. Section 506 and Fed.R.Bankr.P. 3012.

3.     Branch Banking & Trust Company ("BB&T" or the "Creditor") has a second lien against the Debtors' real property known as 3509 24th Street N.E., Washington, DC (the "Property").

4.     The Creditor's lien is junior to Ocwen Loan Servicing, LLC, ("Ocwen") formerly known as Homeward Residential's recorded first lien of trust, which was duly recorded among the land records of the District of Columbia.

5.     On January 10, 2015, Ocwen provided a payoff to the Debtor on account of its first lien.  As of the date of the payoff, Ocwen is owed Three Hundred Sixty Four Thousand Fifty Eight Dollars and Thirty Two Cents ($364,058.32).  A copy of Ocwen's payoff is attached hereto as **Exhibit 2** and incorporated by reference herein.

6.     On or about April 30, 2007, the Debtor's wholly owned corporate entity, Atlantic Real Estate Solutions ("ARES"), obtained a loan from BB&T.  In consideration for the loan, BB&T required the Debtor to not only personally guarantee the debt, but to pledge the Property as additional collateral for the loan.  The payoff of BB&T's loan as of January 21, 2015 is $456,850.52, and serves as a second lien on the Property, which Property is used by the Debtor as a rental property.  A copy of the payoff for BB&T is attached hereto as **Exhibit 3** and incorporated by reference herein.

7. As supported by paragraph 9 hereafter, the Creditor's claim is fully unsecured as to any equity in the Property.

8. Based upon the June 2014 Broker's Price Opinion (the "BPO"), the value of the Property is $195,000. A copy of the BPO is attached hereto as **Exhibit 1** and incorporated by reference herein.

9. Ocwen's first mortgage lien is in excess of the BPO by One Hundred Seventy Nine Thousand Fifty Eight Dollars and Thirty Two Cents ($179,058.32). Based upon the BPO of the Property, there is no equity in the Property for which BB&T's second lien may attach.

10. Based upon the information provided herein, the Debtors aver that the allowed amount of the Creditor's claim secured by the Property is zero ($0.00).

WHEREFORE, Donald and Michelle Quarles respectfully requests that this Court enter an Order

a. Granting the Debtor's Motion to Avoid Lien;

b. Reducing the Creditor's secured claim to $0.00 and wholly unsecured for the reasons set forth in the case of Johnson v. Asset Management Group, LLC, 226 B.R. 364 (D.M. 1998);

c. Avoiding the Creditor's lien; and

b. Granting such other and further relief as this Court deems just and proper.

    /s/ Kim Y. Johnson
Kim Y. Johnson, Bar No.: 22447
P.O. Box 643
Laurel, Maryland 20725

3

        Telephone: (443) 838-3614
        Facsimile: (301) 782-4686
        E-mail: kimyjcounsel@aol.com

        Attorney for the Debtors
        Donald and Michelle Quarles

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February 2015, a copy of the foregoing Debtor's Motion to Avoid Lien Pursuant to 11 U.S.C. Section 506, with Exhibits, Notice of the Motion and proposed form of Order was served via certified mail, return receipt requested, upon:

THE CORPORATION TRUST INCORPORATED
351 West Camden Street
Baltimore, Maryland 21201
Resident Agent

KELLY S. KING
Chairman and Chief Executive Officer
150 South Stratford Road, Suite 201
Winston Salem, NC 27104

And served electronically or first class mail, postage prepaid, upon:

Christine N. Johnson, Esquire
Protas, Spivok & Collins, LLC
4330 East West Highway, Suite 900
Bethesda, MD 20814

Leander D. Barnhill, Esquire
Office of the U.S. Trustee
6305 Ivy Lane
Sixth Floor
Greenbelt, Maryland 20770

        ___/s/__Kim Y. Johnson_____
        Kim Y. Johnson