Entered: April 01, 2015

Signed: March 31, 2015

**DENIED**

**Moot. The case has been converted to Chapter 7.**



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

DONALD QUARLES
MICHELLE QUARLES,

      **Debtors.**

Case No.: 12-28688-PM

Chapter 11

---

DONALD QUARLES
MICHELLE QUARLES,

      **Movants,**

vs.

BRANCH BANKING AND TRUST COMPANY

      **Respondent.**

---

**ORDER GRANTING DEBTORS' MOTION TO AVOID LIEN ON REAL
PROPERTY PURSUANT TO 11 U.S.C. SECTION 506**

Having considered Donald and Michelle Quarles' (the "Debtors") Motion to Avoid

Lien, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 506 and for

the reasons set forth in the cases of Johnson v. Asset Management Group, LLC, 226 B.R. 364

1

(D.Md. 1998) and First Mariner Bank v. Johnson, 411 B.R. 221 (D.Md. 2009), it by the

United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the Motion to Avoid Lien be and the same is hereby **GRANTED**;

and it is further

**ORDERED**, that the claim of Branch Banking and Trust Company ("BB&T") be and

the same is hereby deemed wholly unsecured; and it is further

**ORDERED**, that at such time as a Discharge Order is entered in this case, the lien

held in favor of BB&T on the Debtors' real property located at 3509 24th Street, N.E.,

Washington, DC shall be **VOID**; and it is further

**ORDERED**, that the claim of BB&T filed herein shall be allowed as a general

unsecured claim under the Debtors' plan.


Kim Y. Johnson, Esquire
Debtors
Office of the U.S. Trustee
List of 20 Largest Creditors
Christine N. Johnson, Esquire

The Corporation Trust Incorporated
351 West Camden Street
Baltimore, Maryland 21201
Resident Agent

Kelly S. King
Chairman and Chief Executive Officer
150 South Stratford Road, Suite 201
Winston Salem, NC 27104


**END OF ORDER**

2