

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  **12–28688 – PM**   Chapter:  **7**

**Donald P. Quarles**                    **Michelle W. Quarles**
Debtors(s)

## ORDER GRANTING MOTION
## FOR ADMISSION PRO HAC VICE

   The Court having considered the Motion for Admission Pro Hac Vice filed by Brett L. Messinger, Esquire as counsel for Deutsche Bank National Trust Company
Brett L. Messinger, Esquire, and his/her statements in support thereof, and upon the recommendation of Laurie B. Goon , Esquire, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

   ORDERED, that, pursuant to Local Bankruptcy Rule 9010–3(b) and District Court Local Rule 101.1(b), the motion is granted.

   To receive electronic notices and/or file electronically, Deutsche Bank National Trust Company
Brett L. Messinger, Esquire must register for a CM/ECF filing account on the court's web site at http://www.mdb.uscourts.gov/content/training–and–registration.


cc:   Debtor(s)
      Attorney(s) for Debtor(s) – Damani K. Ingram, Damani K. Ingram
      Movant – Brett L. Messinger, Esquire
      Local Counsel – Laurie B. Goon , Esquire
      Case Trustee – Cheryl E. Rose
      U.S. Trustee


## End of Order

01x01 (05/08/1997) – *yoliver*